UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO DELGADO,<br><br>           Plaintiff,<br><br>v.<br><br>CITY OF BURBANK; BURBANK POLICE OFFICER BENAVIDEZ; BURBANK POLICE OFFICER GUNN; BURBANK POLICE OFFICER E. RODRIGUEZ; BURBANK POLICE CHIEF HOEFEL, and DOES 1-10 inclusive,<br><br>           Defendants. | Case No. 09-00379 DDP (JCx)<br><br>**MODIFIED PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION** |

    IT IS HEREBY ORDERED that the Stipulation for Protective Order Regarding Confidential Information executed by the parties shall apply to and govern the production of Confidential Information in this action with the following modifications:

    1.    Paragraph 3 is modified to read as follows: All persons described in paragraph 2(a) through (d) above shall not disclose any portion of said Confidential Information and shall not use any information obtained therefrom except in conformance with this Protective Order and for the purpose of this litigation. No

1  party shall disclose Confidential Information to any person described in paragraph
2  2(a) through 2(d) unless, prior to such disclosure (a) the party advises the person to
3  whom the disclosure is to be made that the Confidential Information may be used
4  only for the litigation of this action; and (b) the person to whom disclosure is to be
5  made executes a written Understanding and Agreement to be bound by this
6  Stipulation for Protective Order in the form attached hereto as Exhibit 1.

7      2.    The second sentence of paragraph Paragraph 4 is modified to read as
8  follow:  In addition, any documents containing Confidential Information that are
9  submitted to the Court shall be submitted for filing or lodging under seal in
10 accordance with Local Rule 79-5.1.

11     3.    Paragraph 7, which relates to the return, at the conclusion of this
12 action, of all documents containing Confidential Information does not apply to
13 Court records in the possession, custody or control of the Court.

14     4.    The second sentence of Paragraph 8 is modified to read as follows:
15 Accordingly, if this Protective Order is violated by Plaintiff, his counsel, or persons
16 specified in paragraphs 2(a) through (d) who have agreed in writing to be bound by
17 the terms of the Stipulation for Protective Order, the breaching party shall be
18 obligated to pay the City of Burbank the amount of $5,000 for each such breach.

Dated:   May 3, 2010

/s/
Hon. Jacqueline Chooljian
United States Magistrate Judge